eGregory P. O'Hara (Ca. Bar No. 131963)
gohara@nixonpeabody.com
Lauren M. Michals (Ca. Bar No. 184473)
lmichals@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Plaintiff
PANA-PACIFIC CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANA-PACIFIC CORPORATION, a California Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No.: 1:19-cv-00961-DAD-EPG<br><br>**REQUEST TO EXTEND TIME IN WHICH TO SERVE COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE; ORDER GRANTING EXTENSION AND CONTINUANCE** |

      Pursuant to Federal Rule of Civil Procedures Rules 4(m) and 6(b)(1)(A), Plaintiff Pana-Pacific Corporation ("Plaintiff") respectfully requests the following:

      WHEREAS, Plaintiff filed the Complaint in this case on July 11, 2019;

      WHEREAS, Plaintiff has notified Defendant Continental Automotive Systems, Inc. ("Defendant"), of this pending action and provided Defendant's counsel, informally, with a copy of the Complaint in this action;

      WHEREAS, Plaintiff and Defendant ("Parties") are in the process of confirming the date(s) for a mediation to address and attempt to resolve the issues raised in this action at an early

4851-3093-9815.1

REQUEST TO EXTEND TIME TO SERVE COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE; ORDER GRANTING EXTENSION AND CONTINUANCE

date and without the need for protracted litigation;

WHEREAS, mediation is tentatively set to commence on October 3, 2019;

WHEREAS service of the Complaint would otherwise be required by no later than October 9, 2019;

WHEREAS, Plaintiff would like to avoid the costs to all Parties and the Court associated with deadlines and actions triggered by the service of the Complaint, should a resolution be possible through early mediation;

WHEREAS, given the mediation date, potential need for further mediation and possible time needed to formalize any resolution, should one be reached, such actions may not be completed by October 9, 2019;

WHEREAS, there is a Mandatory Scheduling Conference currently scheduled for October 29, 2019, before Judge Grosjean, and given the anticipated mediation the Parties may not be in a position to fully address the issues to be covered in a Joint Scheduling Report by the due date currently set for that report;

NOW, THEREFORE, Plaintiff Pana-Pacific Corporation requests that:

1. The Court extend the time by which Plaintiff must serve the Complaint on Defendant Continental Automotive Systems, Inc., an additional 45 days beyond the 90-day deadline set by Federal Rule of Civil Procedure 4(m); and

2. That the Mandatory Scheduling Conference be continued to December 2, 2019, at 10:30 a.m., before Judge Grosjean.

Dated: September 25, 2019       NIXON PEABODY LLP

By: */s/ Lauren M. Michals*
    Gregory P. O'Hara
    Lauren M. Michals
    Attorneys for Plaintiff
    PANA-PACIFIC CORPORATION

# **ORDER**

Pursuant to the request set forth above, and good cause appearing:

1. Plaintiff's last date for service of the complaint in this action on Defendant is extended 45-days beyond the date specified in Federal Rule of Civil Procedure 4(m); and

2. The Mandatory Scheduling Conference is this case is continued to December 2, 2019, at 10:30 a.m., before Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **September 25, 2019**　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE