UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANA-PACIFIC CORPORATION, a California Corporation,<br><br>                      Plaintiff,<br><br>vs.<br><br>CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware Corporation,<br><br>                      Defendant. | Case No.: 1:19-cv-00961-DAD-EPG<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME FOR FIRST RESPONSIVE PLEADING**<br><br>(ECF No. 10.) |

      This matter comes before the Court pursuant to the stipulation of the undersigned counsel and the Court being advised in the premises;

      IT IS HEREBY ORDERED that Defendant Continental Automotive Systems, Inc. ("Continental") will have until January 27, 2020 to answer or otherwise respond to Plaintiff's Complaint to allow the parties additional time to pursue resolution of this matter. Continental expressly reserves its right to assert all defenses to Plaintiff's Complaint, including all Rule 12(b) defenses and objections related to jurisdiction, venue, and the sufficiency of the pleadings.

4815-1354-8461.1

038847-000000 6500319.1

Stipulated and Agreed:

Dated: December 6, 2019          NIXON PEABODY LLP

By: */s/ Lauren M. Michals (as authorized on 12/6/19)*
Gregory P. O'Hara
Lauren M. Michals
Attorneys for Plaintiff
PANA-PACIFIC CORPORATION

Dated: December 6, 2019          MCCORMICK BARSTOW LLP

By: */s/ Timothy J. Buchanan*
Timothy J. Buchanan
Attorneys for Defendant
CONTINENTAL AUTOMOTIVE SYSTEMS, INC.

IT IS SO ORDERED.

Dated: **December 9, 2019**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE