1  Timothy J. Buchanan (CA Bar No. 100409)
   Tim.Buchanan@mccormickbarstow.com
2  MCCORMICK BARSTOW LLP
   7647 North Fresno Street
3  Fresno, CA  93720
   Tel:  559.433.1300
4
5  Attorneys for Defendant
   Continental Automotive Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANA-PACIFIC CORPORATION, a California Corporation,<br><br>                               Plaintiff,<br><br>      vs.<br><br>CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware Corporation,<br><br>                               Defendant. | Case No.: 1:19-cv-00961-DAD-EPG<br><br>**STIPULATED ORDER EXTENDING TIME FOR FIRST RESPONSIVE PLEADING** |

This matter comes before the Court pursuant to the stipulation of the undersigned counsel and the Court being advised in the premises;

WHEREAS, the Parties believe they have reached a likely resolution in principle but require additional time to finalize a written settlement agreement;

IT IS HEREBY ORDERED that Defendant Continental Automotive Systems, Inc. ("Continental") will have until February 14, 2020 to answer or otherwise respond to Plaintiff's Complaint. Continental expressly reserves its right to assert all defenses to Plaintiff's Complaint,

4815-1354-8461.1
Case No.: 1:19-cv-00961

038847-000000 6605392.1

including all Rule 12(b) defenses and objections related to jurisdiction, venue, and the sufficiency of the pleadings.

Stipulated and Agreed:

Dated: January 27, 2020	NIXON PEABODY LLP

By: */s/ Lauren M. Michals (with permission)*
Gregory P. O'Hara
Lauren M. Michals
Attorneys for Plaintiff
PANA-PACIFIC CORPORATION

Dated: January 27, 2020	MCCORMICK BARSTOW LLP

By: */s/ Timothy J. Buchanan*
Timothy J. Buchanan
Attorneys for Defendant
CONTINENTAL AUTOMOTIVE SYSTEMS, INC.

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant Continental Automotive Systems, Inc. ("Continental") will have until February 14, 2020 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: **January 28, 2020**	/s/ Erica P. Grosjean
	UNITED STATES MAGISTRATE JUDGE

4815-1354-8461.1

- 2 -	CASE NO.: 1:19-CV-00961

038847-000000 6605392.1