# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANA PACIFIC CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 1:19-cv-00961-DAD-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF VOLUNTARY STIPULATION OF DISMISSAL<br><br>(ECF No. 15) |

On February 12, 2020, Plaintiff, Pana-Pacific Corporation, filed a stipulation of dismissal of all claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice. Accordingly, the Clerk of Court is ORDERED to close this case.

IT IS SO ORDERED.

Dated: **February 13, 2020**     /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

1